**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re Mercadien, P.C., CPAs* | Case No. 3:26-cv-01773-MAS-TJB<br><br>**ORDER CONSOLIDATING ADDITIONAL ACTIONS AND CONFIRMING APPLICABILITY OF JUNE 1, 2026 ORDER OF CONSOLIDATION** |

WHEREAS, this matter arises out of a cyber incident experienced by Defendant Mercadien, P.C., CPAs ("Mercadien") in 2025;

WHEREAS, the Court entered an Order on June 1, 2026 (ECF No. 14) consolidating five related actions under *In re Mercadien, P.C., CPAs* (Case No. 3:26-cv-01773-MAS-TJB) (the "Consolidated Action");

WHEREAS, five additional related actions were consolidated into the Consolidated Action pursuant to the Court's Order entered July 10, 2026 Order (ECF No. 17);

WHEREAS, the multiple additional related actions have been filed in this Court.

IT IS ON THIS 20th day of July, 2026 ORDERED as follows:

The following seven actions are consolidated with *In re Mercadien, P.C., CPAs*, Civil Action No. 3:26-cv-1773-MAS-TJB (the "Consolidated Action") pursuant to the Court's Order dated June 1, 2026 in the Consolidated Action (ECF No. 14):

*Middlebrook v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07023-MAS-TJB)
*Johnson v. Mercadien, P.C., CPAs, et al.* (3:26-cv-07976-MAS-TJB)
*Monninger v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08122-MAS-TJB)
*Dries v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08382-MAS-TJB)
*Cozette v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08494-MAS-TJB)
*Williams v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08502-MAS-TJB)
*Prakash v. Mercadien, P.C., CPAs, et al.* (3:26-cv-08540-MAS-TJB)

IT IS FURTHER ORDERED that the terms of the Court's Order dated June 1, 2026 in the Consolidated Action (ECF No. 14), including the adjournment of deadlines until following submission by the parties on or before October 15, 2026 of an update to the Court regarding the status of ADR, shall apply to all actions consolidated with the Consolidated Action including (a) actions previously consolidated, (b) actions consolidated pursuant to this Order, and (c) actions subsequently consolidated with the Consolidated Action.

Tonianne J. Bongiovanni

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE